**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN MOELLER, AS ADMINISTRATOR OF THE ESTATE OF MICHAEL MOELLER,

               Petitioner

       v.

ARMSTRONG WORLD INDUSTRIES, INC.,

               Respondent

: No. 829 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.